# THE LAW OFFICE OF THOMAS W. RAFTER
## ATTORNEYS AT LAW

**8 EAST MULBERRY STREET**
**BALTIMORE, MD 21202**

Thomas W. Rafter
www.tomrafterlaw.com

Telephone: (410) 299-8224
Facsimile: (410) 244-0030

August 26, 2022

The Honorable Ellen L. Hollander
United States District Court Judge
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    United States of America v. Zjounta Hammett
               Criminal No.: ELH-21-385

Dear Judge Hollander:

I write to briefly provide the Court a better understanding of the sentencing factors relevant to Mr. Hammett's sentencing which is scheduled for September 9, 2022. Mr. Hammett had his initial appearance on a Criminal Complaint charging him with Felon in Possession of a Handgun pursuant to 18 U.S.C. §922(g) on September 23, 2021. On June 29, 2022, Mr. Hammett entered a guilty plea to Count One of an indictment, Felon in Possession of Firearm pursuant to 18 U.S.C. § 922(g). Mr. Hammett entered this plea pursuant to Rule 11(c)(1)(C), in which the parties agreed upon a sentence of 18 months.

For the reasons outlined below, Mr. Hammett believes that a sentence of 18 months, followed by a short period of supervised release is a sufficient sentence that is not greater than necessary to satisfy the mandates of 18 U.S.C. § 3553.

        **I.**      **Guideline Issues and Analysis/ Objections to the Presentence Report.**

There are no factual corrections to the Presentence Report. The guidelines calculation in the PSR reflects a criminal history of III and a range of imprisonment of 15 months to 21 months.

        **II.**     **Section 3553(a) Factors**

Mr. Hammett is 44 years old and is a lifelong resident of Baltimore, MD. Mr. Hammett attended Patterson High School in Baltimore, MD but did not graduate. To say that Mr. Hammett's upbringing was tumultuous is an understatement. While Mr. Hammett maintained contact with his biological father, he was essentially raised by his mother. Unfortunately, when he was about five or six, his mother began a relationship with a man, Mr. Giddens, who was extremely abusive toward his mother. Mr. Hammett vividly recalls a multitude of calls to the police in response to the abuse of his mother by Mr. Giddens. Some of the abuse described by

Mr. Hammett included his mother having some teeth knocked out and her jaw broken as a result of Mr. Giddens. This violence caused Mr. Hammett's mother to pour gasoline on Mr. Gidden's bed, light it on fire, and lock the door to the room with Mr. Giddens inside.

      For the last two years, Mr. Hammett has resided with Ms. Lakesha Solomon and her three children in Baltimore, MD. Mr. Hammett also has good relationships with his children from other relationships. Mr. Hammett has been employed as a case manager through Athena Consulting at the Lord Baltimore Hotel in Baltimore, MD. In his capacity as a case manager, Mr. Hammett seeks to obtain permanent housing and medical benefits for homeless individuals. Prior to working at the Lord Baltimore, Mr. Hammett drove a truck for various employers. Unfortunately, Mr. Hammett's CDL has expired. Mr. Hammett has expressed a strong interest in once again obtaining his CDL while in the custody of the BOP.

      Mr. Hammett promptly accepted responsibility for his actions in this matter. In fact, Mr. Hammett immediately admitted to the agents conducting the search of his residence that the handgun located in the locked safe belonged to him. Mr. Hammett admitted possession of the handgun in spite of knowing the consequences of this admission in light being a convicted felon.

      For the aforementioned reasons, a sentence of 18 months, which is within the guidelines range, would be sufficient, but not greater than necessary to effectuate the purposes of §3553.

Respectfully submitted,
/s/
_____
Thomas W. Rafter, Esquire
Law Office of Thomas W. Rafter
8 East Mulberry Street
Baltimore, MD 21202
(410) 299-8224
tom@tomrafterlaw.com